**Entered on Docket**
**January 24, 2011**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

1
2
3
4
5
6
7
8    PITE DUNCAN, LLP
     EDDIE R. JIMENEZ (NV Bar #10376)
9    ACE VAN PATTEN (NV Bar #11731)
     ALEXIS M. BORNHOFT (NV Bar #11523)
10   701 Bridger Avenue, Suite 700
     Las Vegas, Nevada 89101
11   Telephone: (858) 750-7600
     Facsimile: (619) 590-1385
12   E-mail: ecfnvb@piteduncan.com

13   MAILING ADDRESS:
     4375 Jutland Drive, Suite 200
14   P.O. Box 17933
     San Diego, California 92177-0933
15
     Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
16                    WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
                      AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
17                    FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

18
                        UNITED STATES BANKRUPTCY COURT
19
                             DISTRICT OF NEVADA
20

21   In re                              Bankruptcy Case No. Bk-S-10-27538-mkn
                                         Chapter 7
22   ENRIQUE J DRACK AND MARISOL B
     DRACK,                              WELLS FARGO BANK, N.A. ALSO
23                                       KNOWN AS WACHOVIA MORTGAGE,
                                         A DIVISION OF WELLS FARGO BANK,
24          Debtor(s).                   N.A, AND FORMERLY KNOWN AS
                                         WACHOVIA MORTGAGE FSB,
25                                       FORMERLY KNOWN AS WORLD
                                         SAVINGS BANK, FSB'S ORDER
26                                       TERMINATING AUTOMATIC STAY
                                         Date:    January 12, 2011
27                                       Time:    1:30 p.m.
28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2  Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3  FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4  Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5  Mike K. Nakagawa, Matthew M. McArthur appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 5337

12  Smoke Ranch Rd, Las Vegas, Nevada 89108-3532 ("Real Property"), which is legally described

13  as:

14              LOT ONE (1) OF THAT CERTAIN PARCEL
            MAP IN FILE 36 OF PARCEL MAPS, PAGE 3,
15            IN THE OFFICE OF THE COUNTY RECORDER
            OF    CLARK    COUNTY,    NEVADA,    AND
16            RECORDED OCTOBER 20, 1981 IN BOOK 1478
            AS  DOCUMENT  NO.  1436880  OF  OFFICIAL
17            RECORDS.

18

19    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

20  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

21  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

22  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

23  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

24  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

25  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

26  provide 7 days' notice to the Debtor(s).

27  /././

28  /././

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2 offer and provide Debtors with information re: a potential Forbearance Agreement, Loan

3 Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4 may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to

5 enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this

6 bankruptcy case.

7  APPROVED/DISAPPROVED

8

9  _____
   DAVID A. ROSENBERG
10 TRUSTEE

11 /././

12 /././

13 /././

14 /././

15 /././

16 /././

17 /././

18 /././

19 /././

20 /././

21 /././

22 /././

23 /././

24 /././

25 /././

26 /././

27 /././

28 /././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court has waived the requirement set forth in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

☐   Approved.

☐   Disapproved.

☒   Failed to respond. - Trustee

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO
BANK, N.A. ALSO KNOWN
AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS
FARGO BANK, N.A, AND
FORMERLY KNOWN AS
WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN AS
WORLD SAVINGS BANK,
FSB